UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**LUIS GERARDO MOLINA**      **CASE NO. 6:20-CV-01185 SEC P**
**NAVARRO #A097-739-833**

**VERSUS**      **JUDGE MICHAEL J. JUNEAU**

**WARDEN, PINE PRAIRIE ICE**      **MAGISTRATE JUDGE WHITEHURST**
**PROCESSING CENTER**

## REPORT AND RECOMMENDATION

Before the Court is a petition for writ of habeas corpus (28 U.S.C. § 2241) filed by pro se Petitioner Luis Gerardo Molina Navarro. Petitioner was an immigration detainee in the custody of the Department of Homeland Security / U.S. Immigration and Customs Enforcement ("DHS/ICE"). At the time of filing on September 11, 2020, he was detained at the Pine Prairie Correctional Center, in Pine Prairie, Louisiana. Petitioner challenged his continued detention.

This Court has been notified by the United States Attorney's Office that the Petitioner has been removed to Mexico. The release from custody renders Navarro's Petition for Writ of Habeas Corpus moot, as he has achieved the relief sought in his habeas petition. *See Goldin v. Bartholow*, 166 F.3d 710, 717 (5th Cir. 1999) ("[A] moot case presents no Article III case or controversy, and a court has no constitutional jurisdiction to resolve the issues it presents.").

For the foregoing reasons,

**IT IS RECOMMENDED** that Navarro's habeas petition be **DISMISSED AS MOOT.**

Under the provisions of 28 U.S.C. §636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the clerk of court. No other briefs or responses (such as supplemental objections, reply briefs etc.) may be filed. Providing a courtesy copy of the objection to the magistrate judge is neither required nor encouraged. Timely objections will be considered by the district judge before he makes his final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE TO WHICH THE PARTY DID NOT OBJECT**.

THUS DONE in Chambers on this 22nd day of February, 2021.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE