UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**LUIS GERARDO MOLINA NAVARRO #A097739833**

**VERSUS**

**WARDEN, PINE PRAIRE ICE PROCESSING CENTER**

**CIVIL ACTION NO. 6:20-CV-01185**

**JUDGE JUNEAU**

**MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation, Rec. Doc. 10. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for a Writ of Habeas Corpus is **DENIED AS MOOT**, and this case is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 9th day of March, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE